UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | **05 CR 10052 RCL** |
| ) | |
| v. ) | CRIMINAL NO.: |
| ) | |
| JEREL A. LESLIE, ) | Count 1: 18 U.S.C. §922(g)(1) |
| a/k/a Jerome Leslie, ) | Possession of Ammunition by a Felon |
| Defendant. ) | |

## INDICTMENT

**COUNT ONE**: 18 U.S.C. §922(g)(1) – Possession of Ammunition by a Felon

The Grand Jury charges that:

On or about December 18, 2004, at Brockton, in the District of Massachusetts,

**JEREL A. LESLIE,**

the defendant herein, having previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, ammunition, to wit: one round of .357 caliber ammunition and four rounds of .38 caliber ammunition.

All in violation of Title 18, United States Code, §922(g)(1).

A TRUE BILL:

_____
FOREMAN OF THE GRAND JURY

_____
PAUL R. MOORE
ASSISTANT U.S. ATTORNEY

DISTRICT OF MASSACHUSETTS ; March 9, 2005, at _____.

Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK

3/9/05 @ 2:10 pm

JS 45 (5/97) - (Revised USAO MA 3/25/02)

**05 CR 10052 RCL**

**Criminal Case Cover Sheet**            **U.S. District Court - District of Massachusetts**

**Place of Offense:**     **Category No.** II     **Investigating Agency** ATF

**City** Boston     **Related Case Information:**

**County** Plymouth

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant x
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  JEREL A. LESLIE     Juvenile ☐ Yes ☒ No

Alias Name  Jerome Leslie

Address  10 Tripp Street #2, Brockton, MA

Birth date: 1982    SS#: 2008    Sex: M    Race: Black    Nationality: USA

**Defense Counsel if known:** _____ **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA**  Paul R. Moore     **Bar Number if applicable**  632312

**Interpreter:** ☐ Yes ☒ No    **List language and/or dialect:** _____

**Matter to be SEALED:** ☐ Yes ☒ No

☒ Warrant Requested     ☐ Regular Process     ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____
☒ Already in State Custody  Plymouth Co. HOC    ☐ Serving Sentence    ☒ Awaiting Trial
☐ On Pretrial Release: Ordered by _____ on _____

**Charging Document:**   ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**   ☐ Petty _____ ☐ Misdemeanor _____ ☒ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** March 9, 2005     **Signature of AUSA:** _/s/ P.R.M._

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

05cr10052RCL

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**     JEREL A. LESLIE

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 U.S.C. § 922(g)(1) | Felon in Possession of Ammunition | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

District Court Case Number  (To be filled in by deputy clerk):_____

Name of Defendant     <u>**JEREL A. LESLIE**</u>

ADDITIONAL INFORMATION:  _____

_____

_____

_____

_____

js45 - felon in possession - Leslie.wpd - 3/13/02