UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO.: 05-10052-RCL |
| | ) | |
| JEREL A. LESLIE, | ) | Count 1: 18 U.S.C. §922(g)(1) |
| a/k/a Jerome Leslie, | ) | Possession of a Firearm and |
|         Defendant. | ) | Ammunition by a Felon |
| | ) | |

## SUPERSEDING INDICTMENT

**COUNT ONE**:  18 U.S.C. §922(g)(1) – Possession of a Firearm and Ammunition by a Felon

The Grand Jury charges that:

On or about December 18, 2004, at Brockton, in the District of Massachusetts,

**JEREL A. LESLIE,**

the defendant herein, having previously been convicted in a court of a crime punishable by

imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce,

a firearm and ammunition, to wit: one .357 caliber Ruger Blackhawk revolver, bearing serial

number 33-33927, and five rounds of assorted .357 caliber ammunition.

All in violation of Title 18, United States Code, §922(g)(1).

A TRUE BILL:

_Irene Burke_
FOREMAN OF THE GRAND JURY

_Paul R. Moore_
PAUL R. MOORE
ASSISTANT U.S. ATTORNEY

DISTRICT OF MASSACHUSETTS ; March 16, 2005, at _3/16/05_ .

Returned into the District Court by the Grand Jurors and filed.

_Thomas F. Quinn_
DEPUTY CLERK

_3/16/05 @ 1:50pm_

JS 45 (5/97) - (Revised USAO MA 3/25/02)

<u>**Criminal Case Cover Sheet**</u>        <u>**U.S. District Court - District of Massachusetts**</u>

**Place of Offense:**      **Category No.** <u>II</u>      **Investigating Agency** <u>ATF</u>

**City** <u>Boston</u>      **Related Case Information:**

**County** <u>Plymouth</u>      Superseding Ind./ Inf. <u>X</u>    Case No. <u>05-10052-RCL</u>
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name <u>JEREL A. LESLIE</u>      Juvenile ☐ Yes ☒ No

Alias Name <u>Jerome Leslie</u>

Address <u>10 Tripp Street #2, Brockton, MA</u>

Birth date: <u>1982</u>    SS#: <u>2008</u>    Sex: <u>M</u>   Race: <u>Black</u>    Nationality: <u>USA</u>

**Defense Counsel if known:** _____ **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** <u>Paul R. Moore</u>      **Bar Number if applicable** <u>632312</u>

**Interpreter:** ☐ Yes ☒ No    **List language and/or dialect:** _____

**Matter to be SEALED:** ☐ Yes ☒ No

☒ **Warrant Requested**      ☐ **Regular Process**      ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☐ **Already in Federal Custody as of** _____ **in** _____

☒ **Already in State Custody** <u>Plymouth Co. HOC</u> ☐ **Serving Sentence** ☒ **Awaiting Trial**

☐ **On Pretrial Release:** **Ordered by** _____ **on** _____

**Charging Document:** ☐ **Complaint**    ☐ **Information**    ☒ **Indictment**

**Total # of Counts:** ☐ **Petty** _____ ☐ **Misdemeanor** _____ ☒ **Felony** <u>1</u>

**Continue on Page 2 for Entry of U.S.C. Citations**

☒     **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

**Date:** March 16, 2005      **Signature of AUSA:** _____

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):**_____

**Name of Defendant**      JEREL A. LESLIE_____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| **Set 1**  18 U.S.C. § 922(g)(1) | Felon in Possession of a Firearm and Ammunition | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**District Court Case Number  (To be filled in by deputy clerk):**_____

**Name of Defendant**    <u>JEREL A. LESLIE</u>                    –_____

**ADDITIONAL INFORMATION:**    _____

_____

_____

_____

js45 - felon in possession - Leslie.wpd - 3/13/02