UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

**TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS,** or any of his deputies, and to: Deputy Superintendent Brian Gillen
Plymouth House of Correction
26 Long Pond Road
Plymouth, Massachusetts 02360

YOU ARE COMMANDED to have the body of **JEREL A. LESLIE** (DOB: **/**/82; SS#:***-**-2008) now in your custody, before the United States District Court for the District of Massachusetts, 1 Courthouse Way, Courtroom No. 24, on the 7th floor, Boston, Massachusetts on April 5, 2005, at 11:00 A.M. for the purpose of an **initial appearance** on a **superseding indictment** in the case of UNITED STATES OF AMERICA V. **JEREL A. LESLIE**, CR Number 05-10052 RCL. And you are to retain the body of Said **JEREL A. LESLIE** while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said **JEREL A. LESLIE** to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid. And have you then and there this Writ with your doings herein.

Dated this 31st day of March, 2005.

HONORABLE JOYCE LONDON ALEXANDER
U.S. MAGISTRATE JUDGE

By the Court:

/S/ Rex Brown
Courtroom Clerk