AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court

DISTRICT OF __MASSACHUSETTS__

UNITED STATES OF AMERICA
V.
**JEREL A. LESLIE**
DOB: 1/2/1982
SSN: 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

**WARRANT FOR ARREST**

CASE NUMBER: 05-10052-RCL

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___JEREL A. LESLIE___
<sub>Name</sub>

and bring him forthwith to the nearest magistrate to answer a(n)

X Indictment (Superseding)  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with: (brief description of offense)

**Felon in Possession of a Firearm and Ammunition;**

in violation of Title __18__ United States Code, Section ___922(g)(1)___

Dianne M. Smith                                    Deputy Clerk
Name of Issuing Officer                            Title of Issuing Officer

Dianne M. Smith                                    3/16/05    Boston, MA.
Signature of Issuing Officer                       Date and Location

Bail fixed at $ _____    by _____
                                               Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | WARRANT EXECUTED BY ARREST/ARRAIGNMENT OF DEFENDANT ON 4/26/05 | |

Received U.S. Marshal Service Boston, MA 2005 MAR 16 P 3:56

AO 442 (Rev. 12/85) Warrant for Arrest

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME:  JEREL A. LESLIE

ALIAS:  Jerome Leslie

LAST KNOWN RESIDENCE:  10 Tripp Street #2, Brockton, Massachusetts

LAST KNOWN EMPLOYMENT:  unknown

PLACE OF BIRTH:  Boston

DATE OF BIRTH:  1/2/1982

SOCIAL SECURITY NUMBER:  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

HEIGHT:  6' 1"     WEIGHT:  180 lbs

SEX:  Male     RACE:  Black

HAIR:  Brown     EYES:  Brown

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:  scar on right forearm

FBI NUMBER:  unknown

COMPLETE DESCRIPTION OF AUTO:  unknown

INVESTIGATIVE AGENCY AND ADDRESS:  Bureau of Alcohol, Tobacco and Firearms ; United States Department of the Treasury, Boston Group IV