UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

CRIMINAL CASE
NO. 05-10052 RCL

JEREL LESLIE
      Defendant

REPORT & ORDER ON
INITIAL STATUS CONFERENCE

ALEXANDER, U.S.M.J.

     On June 9, 2005, the parties appeared before this Court for an Initial Status Conference. With regard to the following issues, the parties have represented that:

1. There are no unusual or complex issues presented requiring an early joint conference of the District Judge or the Magistrate Judge with the attorneys;

2. There are no features of the case that may deserve special attention or modification of the standard schedule;

3. Supplemental discovery that may require four (4) to eight (8) weeks is anticipated;

4. There is discovery concerning any expert witnesses pursuant to Fed. R. Crim. P. 16 (a)(1)(E) & 16(b)(1)(C);

5. The applicable periods of excludable delay under the Speedy Trial Act include: April 5, 2005, through May 3, 2005 (28 days); May 3, 2005, through June 7, 2005 (35 days); June 7, 2005, through June 9, 2005 (2 days) and June 9, 2005, through July 20, 2005 (41 days), for a total of one hundred and six (106) days as of June 9, 2005. The Parties made oral motion to continue the time until the next status conference. The government will file a joint motion for the applicable periods of excludable delay. The parties have stated that the total amount of time to proceed to trial is seventy (70) days as of June 9, 2005;

6. Trial is yet to be determined. The duration of the trial is yet to be determined;

7. Other matters: the defendant anticipates filing a motion to suppress.

IT IS HEREBY ORDERED THAT

A motion date pursuant to Fed. R. Crim. P. 12 (c) has not been established. An **Interim Status Conference** is scheduled at **10:30 a.m.** on **July 20, 2005,** in Courtroom 24, 7th floor.

HONORABLE JOYCE LONDON ALEXANDER
U.S. MAGISTRATE JUDGE

By the Court:

June 9, 2005                     /S/ Rex Brown
Date                             Courtroom Clerk
                                 (617) 748-9238