UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 05-10052-RCL

UNITED STATES OF AMERICA

v.

JEREL LESLIE

REPORT & ORDER ON
INTERIM STATUS CONFERENCE

ALEXANDER, M.J.

On July 20, 2005, the parties appeared before this Court for an Interim Status Conference. With regard to the following issues, the parties have represented that:

1. Unusual or complex issues presented requiring early joint conference of District Judge and Magistrate Judge with attorneys.   __None__

2. Features of case that deserve special attention or modification of the standard schedule.   __None__

3. Anticipated supplemental discovery.   __Additional supplemental discovery has been requested by the Defendant and is being pursued by the government. Obtaining that additional discovery, if it exists, may require several additional weeks (possibly from two to four weeks).__

4. Discovery concerning expert witnesses pursuant to Fed. R. Crim. P. 16(a)(1)(E) & 16(b)(1)(C).   __The Court should set dates for notice of expert witnesses as it deems appropriate.__

5. Applicable periods of excludable delay under Speedy Trial Act.   __Parties agree to previous periods of exclusion ordered by this Court and to exclude the time between today (July 20, 2005) and the Final Status Conference.__

6. Trial  is / is not  anticipated. Estimated duration of trial.   __The parties have not determined whether this matter will be resolved short of trial. It is anticipated that a Motion to Suppress will be filed by the Defendant, however.__

7. Other matters.   __None__

FILED
In Open Court
USDC Mass.
Date 7/20/05
By N. Russo
Deputy Clerk

IT IS HEREBY ORDERED THAT

A motion date pursuant to Fed. R. Crim. P. 12(c) has / ~~has not~~ been established. The motion date is set for _____ Motion To Suppress to be filed on or before August 22nd _____

An Interim Status Conference has / has not been scheduled. The Interim Status Conference will be held at _____ on _____ in _____ courtroom.

A Final Status Conference will be held at **2:00** on **August 22** in **2-4** courtroom.

**Pursuant to LR 116.5(C), parties shall confer and, not later than three (3) business days before the Final Status Conference, prepare and file a joint Final Status Conference Memorandum.**

Additional Orders:

**Parties shall meet prior to the Initial Status Conference in order to respond to the above stated inquiries.**

By the Court,

Date **7/20/05**

_____
Deputy Clerk