UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>JEREL LESLIE, )<br>        Defendant. ) | CRIMINAL NO. 05-10052-RCL |

REPORT & ORDER ON
FINAL STATUS CONFERENCE

ALEXANDER, M.J.

On August 23, 2005, the parties appeared before this Court for a Final Status Conference. With regard to the following issues, the government represents that:

1. Unusual or complex issues presented requiring early joint conference of District Judge and Magistrate Judge with attorneys. **None.**

2. Features of case that deserve special attention or modification of the standard schedule. **None.**

3. Anticipated supplemental discovery. **The prosecutor has, to date, provided to the defendant all of the discovery within his possession. Defense counsel has requested additional discovery (from other units of the government - here, the police) and the prosecutor is attempting to retrieve that discovery but needs additional time to fulfill this request (approximately 3 weeks).**

4. Discovery concerning expert witnesses pursuant to Fed. R. Crim. P. 16(a)(1)(E) & 16(b)(1)(C). **The defendant requests a written summary pursuant to Fed. R. Crim. P. 16(a)(1)(E). At the government's request, the defendant agrees to abide by the terms and conditions of Fed. R. Crim. P. 16(b)(1)(C).**

5. Applicable periods of excludable delay under Speedy Trial Act. **The parties agree that the time between the date of the filing of this memorandum, August 23, 2005, through the date that the Court sets for the filing of the defendant's substantive motions, up to and including the date that the Court sets for the government's response thereto and hearing, be excluded pursuant to 18 U.S.C. § 3161(h)(1)(F).**

6. Trial is anticipated. Estimated duration of trial. **3 days**

7. Other matters. **None.**

IT IS HEREBY ORDERED THAT

A motion date pursuant to Fed. R. Crim. P. 12(c) has not been established. The motion date is set for _9/28/05 (return to Sjuess)_.

Additional Orders:

Date _8/23/05_

By the Court,

_[signature]_
Deputy Clerk