UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2006 MAY 24  P 4:54

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO.:05-10052-RCL |
| ) | |
| JEREL LESLIE, ) | |
|     Defendant. ) | |
| ) | |

### DISMISSAL OF INDICTMENT

The United States of America, by and through its attorneys, United States Attorney Michael J. Sullivan and Assistant United States Attorney Paul R. Moore, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, hereby dismisses the original Indictment filed against the defendant in this matter. As grounds for the instant dismissal, the undersigned states that further prosecution of the Indictment would not be in the interests of justice.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
Michael Loucks
First Assistant United States Attorney

Date: May 24, 2006

Leave to File Granted:

_____
REGINALD C. LINDSAY
United States District Judge

Date: 5/25/06

## CERTIFICATE OF SERVICE

    I, Paul R. Moore, Assistant United States Attorney, hereby certify that a true copy of the above document was served upon the attorney for defendant, JEREL LESLIE, Albert F. Cullen, Jr., via electronic filing and first class mail (in addition to a call being placed to the office of Mr. Cullen by the undersigned).

                                                        /s/ Paul R. Moore
                                                        Paul R. Moore
                                                        Assistant U.S. Attorney